UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN KOGHAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED LEGAL GROUP, et al.,<br><br>　　　　Defendants. | Case No. 5:16-cv-06130-HRL<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |

Plaintiff filed this lawsuit on October 24, 2016. Subsequently, this court issued an order granting his counsel's request to withdraw from this matter, subject to the condition that papers could continue to be served on her for forwarding purposes, unless and until plaintiff appeared through other counsel or pro se. (Dkt. 22). In that order, plaintiff was specifically advised that, even if he is not represented by an attorney, he must (a) meet filing and other litigation deadlines, (b) follow all court orders and applicable rules, and (c) make scheduled court appearances. He was also told that the failure to do so may result in sanctions. (Id.).

Plaintiff has not made an appearance pro se. Nor has another attorney made an appearance on his behalf. Plaintiff failed to submit a case management statement by the May 23, 2017 deadline, and he did not appear for the May 30, 2017 Initial Case Management Conference.

Accordingly, plaintiff Steven Koghan is directed to appear in person before this court on

June 13, 2017, 10:00 a.m. in Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California and show cause why this case should not be dismissed for failure to prosecute.

Plaintiff's former counsel is directed to serve a copy of this order on plaintiff and to file a proof of service with the court. In an abundance of caution, the court will also mail a copy of this order to the address associated with plaintiff it has found on the docket.

SO ORDERED.

Dated: May 30, 2017

HOWARD R. LLOYD
United States Magistrate Judge

5:16-cv-06130-HRL Notice has been electronically mailed to:

Christopher Glenn Beckom     cbeckom@beckomlaw.com

Trinette Gragirena Kent     tkent@kentlawpc.com, cdemaio@lemberglaw.com, filings@lemberglaw.com, tkent@lemberglaw.com