UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN KOGHAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED LEGAL GROUP, et al.,<br><br>    Defendants. | Case No. 5:16-cv-06130-HRL<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On May 30, 2017, this court issued an order to show cause directing plaintiff Steven Koghan to appear in person on June 13, 2017, 10:00 a.m. and show cause why this case should not be dismissed for failure to prosecute. (Dkt. 29). The docket indicates that notice of the show cause order was sent to plaintiff by both the court and his former counsel of record. Plaintiff having failed to appear at the show cause hearing, this case is dismissed for failure to prosecute.

Plaintiff's former counsel is directed to serve a copy of this order on plaintiff and to file a proof of service with the court. The court will also mail a copy of this order to the address associated with plaintiff it has found on the docket.

SO ORDERED.

Dated: June 13, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:16-cv-06130-HRL Notice has been electronically mailed to:

Christopher Glenn Beckom     cbeckom@beckomlaw.com

Trinette Gragirena Kent     tkent@kentlawpc.com, cdemaio@lemberglaw.com, filings@lemberglaw.com, tkent@lemberglaw.com